**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
(State)

Case number (*If known*): ______________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — 216 Greene Ave Group LLC

2. **All other names debtor used in the last 8 years** — None

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — 92-3655383

4. **Debtor's address**

   **Principal place of business**

   216 Greene Avenue
   Number Street

   Brooklyn NY 11238
   City State ZIP Code

   Kings
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) — None

Debtor 216 Greene Ave Group LLC Case number (*if known*)_______________________________
Name

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ________________________________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District __________ When ________ (MM / DD / YYYY) Case number __________
  District __________ When ________ (MM / DD / YYYY) Case number __________

Debtor 216 Greene Ave Group LLC Case number (*if known*)____________
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor ____________ Relationship ____________
District ____________ When ____________ MM / DD / YYYY
Case number, if known ____________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?**____________
Number Street
____________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor 216 Greene Ave Group LLC
Name

Case number (if known)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/20/2026
MM / DD / YYYY

✗ [signature]
Signature of authorized representative of debtor

Augustine A. Diji
Printed name

Title Sole Member

**18. Signature of attorney**

✗ /s/ Alexia N. Garin
Signature of attorney for debtor

Date 10/20/2026
MM / DD / YYYY

Alexia N. Garin
Printed name

Garin & Associates, PLLC
Firm name

100 Park Avenue, Suite 1600
Number Street

New York
City

NY
State

10017-5538
ZIP Code

(212) 984-0679
Contact phone

alexia@garinlaw.com
Email address

3982220
Bar number

NY
State

**WRITTEN CONSENT OF THE SOLE MEMBER OF**
**216 GREENE AVE GROUP LLC**

The undersigned, being the sole member (the "Member") of 216 Greene Ave Group LLC, a New York limited liability company (the "Company"), acting by written consent without a meeting pursuant to Section 407 of the New York Limited Liability Company Law, hereby consents to and adopts the following resolutions:

**WHEREAS**, the Company owns the real property known as 216 Greene Avenue, Brooklyn, New York 11238 (Block 1965, Lot 39) (the "Property"), which is the subject of a judgment of foreclosure and sale entered in JY IN Stencil L.P. v. 216 Greene Ave Group LLC, et al., Index No. 507482/2025 (Sup Ct, Kings County), with a foreclosure auction noticed for October 22, 2026, and of a tax lien foreclosure action, NYCTL 2025-A Trust v. 216 Greene Ave Group LLC, et al., Index No. 516263/2026 (Sup Ct, Kings County); and

**WHEREAS**, the Member has determined that the fair market value of the Property substantially exceeds all liens and encumbrances against it, that the Company has engaged a broker and received substantial purchaser interest at prices in excess of $3,200,000, and that a sale or refinance of the Property under the supervision of the United States Bankruptcy Court will preserve the Company's equity for the benefit of all creditors and other parties in interest, whereas a forced auction would risk its destruction; it is therefore

**RESOLVED**, that in the judgment of the Member it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief under chapter 11 of title 11 of the United States Code be filed by the Company in the United States Bankruptcy Court for the Eastern District of New York, and that the Company elect to proceed under subchapter V of chapter 11; and it is further

**RESOLVED**, that Augustine A. Diji, as sole member, is authorized and directed, on behalf of and in the name of the Company, to execute and verify the petition and all schedules, statements, lists, and other papers in connection therewith, and to take any and all action that he deems necessary or proper to obtain such relief and to administer the Company's property as debtor in possession, including the collection of rents and the prosecution of a sale of the Property under 11 U.S.C. § 363; and it is further

**RESOLVED**, that the law firm of Garin & Associates, PLLC is engaged as proposed counsel to the Company as debtor and debtor in possession, subject to approval of the Bankruptcy Court under 11 U.S.C. § 327, and Augustine A. Diji is authorized to execute the firm's engagement agreement and to pay a retainer provided for therein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Member or by counsel prior to the date hereof in connection with the chapter 11 case are ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of October 20, 2026.

/s/ Augustine A. Diji
Augustine A. Diji, Sole Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| --------------------------------------------------------x<br>In re:<br>**216 GREENE AVE GROUP LLC,**<br>Debtor.<br>--------------------------------------------------------x | Chapter 11<br>(Subchapter V)<br>Case No. ____-_______ (___)<br>**CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, 216 Greene Ave Group LLC, the debtor and debtor in possession herein (the "Debtor"), by its undersigned proposed counsel, states as follows:

1. No corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

2. The sole member of the Debtor is Augustine A. Diji, an individual, who owns 100% of the membership interests of the Debtor.

The Debtor will promptly file a supplemental statement upon any change in circumstances requiring disclosure under Rule 7007.1.

Dated: New York, New York
October 20, 2026

GARIN & ASSOCIATES, PLLC
By: /s/ Alexia N. Garin
Alexia N. Garin, Esq. (NY Reg. No. 3982220)
100 Park Avenue, Suite 1600
New York, New York 10017-5538
Tel: (212) 984-0679
Email: alexia@garinlaw.com
*Proposed Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| -----------------------------------------------------------x<br>In re:<br>**216 GREENE AVE GROUP LLC,**<br>Debtor.<br>-----------------------------------------------------------x | Chapter 11<br>(Subchapter V)<br>Case No. ____-_______ (___)<br>**STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)** |

Augustine A. Diji declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the sole member and authorized representative of 216 Greene Ave Group LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"). I submit this statement pursuant to 11 U.S.C. § 1116(1), made applicable to this Subchapter V case by 11 U.S.C. § 1187(a), together with the Debtor's voluntary petition.

2. No balance sheet has been prepared for the Debtor.

3. No cash-flow statement has been prepared for the Debtor.

4. To the best of my knowledge and recollection, a profit and loss statement may have been prepared in or about 2020 in connection with the Debtor's application to the U.S. Small Business Administration for a COVID-19 Economic Injury Disaster Loan. The Debtor is reviewing its records and requesting its application file from the SBA to confirm whether such a statement exists. If it exists, the Debtor will promptly file it as a supplement to this statement; if it does not, the Debtor will promptly so advise the Court by supplemental declaration. No other statement of operations has been prepared for the Debtor.

5. No federal income tax return has been filed by the Debtor. The Debtor is a single-member limited liability company that is disregarded as an entity separate from its owner for federal income tax purposes; the income and expenses attributable to the Debtor's property are reported on the federal income tax return of its sole member, copies of which will be made available to the United States Trustee and the Subchapter V trustee upon request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2026

/s/ Augustine A. Diji